■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
SHAWN GLOVER, Appellant. [698 NYS2d 185] —Judgment unani-

mously affirmed. Memorandum: County Court properly denied defendant's request for a *Wade* hearing because the factual predicate for the request is insufficient as a matter of law (*see,* CPL 710.60 [3]; *People v Rodriguez,* 79 NY2d 445, 452). The viewing of photographs by the police officer before trial constituted trial preparation, not an identification procedure (*see, People v Morales,* 248 AD2d 173, *lv denied* 92 NY2d 857; *see also, People v Herner,* 85 NY2d 877, 879). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Monroe County Court, Marks, J.—Murder, 2nd Degree.) Present—Denman, P. J., Green, Pine, Scudder and Callahan, JJ.